Begin forwarded message:

From: Professional Finance Company <e-notice@mail.paypfc.com>
Date: June 19, 2023 at 6:47:31 PM EDT
To:
Subject: Your Ati Physical Therapy Account



PFC has provided your notice below.

**This communication is from a debt collector.** This is an attempt to collect a debt. Any information obtained will be used for that purpose.

To unsubscribe from future emails, click here.

To access our web portal, click here.

Depending upon your internet connection speed, your invoice may take a few moments to render.

1



EXHIBIT
E

Professional Finance Company, Inc.
5754 W. 11th St., Suite 100
Greeley, CO 80634-4811
(855) 267-7451 from 7am to 6pm MST, Monday to Friday
www.paypfc.com

To: Poppy Miller

Reference #

June 18, 2023

**Professional Finance Company, Inc. is a debt collector.** We are trying to collect a debt that you owe to Ati Physical Therapy. We will use any information you give us to help collect the debt.

### Our information shows:

You owe a debt to Ati Physical Therapy with account numbers of

Total amount of the debt now: $ 320.00

See additional page for itemization of the debt.

### How can you dispute this debt?

- Call or write to us by August 2, 2023, to dispute all or part of the debt. If you do not, we will assume that our information is correct.
- If you write to us by August 2, 2023, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.paypfc.com/disputes.

### What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by August 2, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.paypfc.com/disputes.
- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

✂------------------------------------------------------------

Mail this form to:

Professional Finance Company, Inc.
5754 W. 11th St., Suite 100
Greeley, CO 80634-4811
CHANGE SERVICE REQUESTED

June 18, 2023

Poppy Miller

### How do you want to respond?

*Check all that apply:*

☐ I want to dispute the debt because I think:
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information.)

☐ I want you to send me the name and address of the original creditor.

☐ I enclosed this amount: $ _____

Make your check payable to *Professional Finance Company, Inc.* Include the reference number

Professional Finance Company, Inc.
5754 W. 11th St., Ste 100
Greeley, CO 80634

To unsubscribe from future emails, click here.